

March 30, 2010

**VIA CM/ECF & FACSIMILE (856) 757-6846**

The Honorable Karen Williams
Magistrate Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Daniel M. Silver
Associate
T. 302.984.6331
F. 302.691.1260
dsilver@mccarter.com

**Re:  Seattle Children's Hospital, et al. v. Teva Parenteral Medicines, Inc., et al., C.A. No. 09-949 NLH-KW (D. Del)**

Dear Judge Williams:

Please find enclosed the Parties' Joint Rule 26(f) Discovery Plan submitted in advance of the scheduling conference set for Wednesday, March 31, 2010 in the above-referenced action.

Counsel is available at the Court's convenience in connection with this matter.

Respectfully submitted,

/s/ Daniel M. Silver

Daniel M. Silver (DE # 4758)

DMS/jc

cc:   John C. Phillips, Jr. (via CM/ECF)

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801-3717
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 9777260v.1