# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| SEATTLE CHILDREN'S HOSPITAL, NOVARTIS AG, NOVARTIS VACCINES AND DIAGNOSTICS, INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PARENTERAL MEDICINES, INC. and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | Civil Action No.: 09-949-NLH-KW |

## STIPULATION AND ORDER EXTENDING
## TIME TO SUBSTANTIALLY COMPLETE DOCUMENT PRODUCTION

WHEREAS, on March 31, 2010, the Court conducted a Rule 16 Scheduling Conference, and established dates for, *inter alia*, the substantial completion of document production and the completion of depositions, and subsequently entered a Scheduling Order reflecting those dates [D.I. # 24];

WHEREAS, pursuant to the Scheduling Order, the current deadline for document production to be substantially completed is August 27, 2010;

WHEREAS, pursuant to the Scheduling Order, depositions are permitted to commence on August 30, 2010, after the substantial completion of document production;

WHEREAS, the parties have conferred in good faith and determined that an additional two (2) months is required to substantially complete document production;

WHEREAS, this additional time is needed due to the complexity of this case, the volume of documents that the parties anticipate producing, the fact that documents are being collected

1

from multiple locations, including locations outside the United States, and the fact that responsive documents may be in the possession, custody and/or control of one or more foreign affiliates of one of the named parties;

WHEREAS, the parties believe that this additional time will enable them to comply with their respective discovery obligations and facilitate an orderly discovery process;

WHEREAS, the parties agree that, absent agreement, depositions should not commence until the substantial completion of document production;

WHEREAS, the parties have not sought a prior extension of the deadline to substantially complete document production;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval by the Court, that time for the parties to complete substantially all of their respective document productions shall be extended through and including Wednesday, October 27, 2010 (from Friday, August 27, 2010), and that, absent agreement, depositions shall not commence until Thursday, October 28, 2010.

| MCCARTER & ENGLISH, LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| /s/ Daniel M. Silver<br>Michael P. Kelly (DE ID # 2295)<br>Andrew S. Dupre (DE ID # 4621)<br>Daniel M. Silver (DE ID # 4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>(302) 984-6399 (fax)<br>dsilver@mccarter.com<br>*Counsel for Plaintiffs* | /s/ John C. Phillips, Jr.<br>John C. Phillips, Jr. (#110)<br>Brian E. Farnan (#4089)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>*Counsel for Defendants* |

Dated: August 10, 2010

        SO ORDERED this _____ day of _____ 2010.


_____
The Honorable Karen M. Williams
United States District Court Magistrate Judge

3