IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

SEATTLE CHILDREN'S HOSPITAL, )
NOVARTIS AG, NOVARTIS VACCINES )
AND DIAGNOSTICS, INC., and NOVARTIS )
PHARMACEUTICALS CORPORATION, )
)
                                                     ) Civil Action No.: 09-949-NLH-KW
        Plaintiffs, )
)
            v. )
)
TEVA PARENTERAL MEDICINES, INC., and )
TEVA PHARMACEUTICALS USA, INC., )
)
       Defendants. )

---

## STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES

WHEREAS, on March 31, 2010, the Court conducted a Rule 16 Scheduling Conference, and established various deadlines for the above-captioned action (D.I. 24);

WHEREAS, on August 11, 2010, the Court extended the time for the parties to complete substantially all of their respective document productions to Wednesday, October 27, 2010 (D.I. 33);

WHEREAS, on September 13, 2010, the Court extended the time for the parties to serve and respond to contention interrogatories to November 10, 2010, and December 8, 2010, respectively;

WHEREAS, in light of the previous extensions granted by the Court, the parties believe it is appropriate to extend certain other case deadlines (as set forth below);

WHEREAS, the parties have not sought a prior extension of the deadlines at issue;

ME1 10723687v.1

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the certain case deadlines are extended as follows:

1. The deadline for the parties to exchange claim terms requiring construction is extended through and including December 3, 2010 (from October 22, 2010);

2. The deadline for the parties to exchange preliminary proposed constructions for claims and extrinsic evidence related thereto is extended through and including December 17, 2010 (from November 5, 2010);

3. The deadline for the parties to file motions to amend the pleadings and/or add parties is extended through and including January 7, 2011 (from November 23, 2010);

4. The deadline for the parties to file a joint claim chart is extended through and including January 14, 2011 (from December 3, 2010).

5. The parties shall file their opening claim construction ("*Markman*") briefs on March 4, 2011 (previously January 21, 2011); and

6. The parties shall file their answering claim construction ("*Markman*") briefs on April 22, 2011 (previously March 11, 2011).

7. The Court will conduct a telephone status conference on January 28, 2011 at 10:00 a.m. Counsel for the plaintiff shall initiate the call.

| MCCARTER & ENGLISH, LLP | PHILLIPS, GOLDMAN & SPENCE P.A. |
|---|---|
| /s/ Daniel M. Silver | /s/ John C. Phillips, Jr. |
| Michael P. Kelly (DE ID # 2295)<br>Andrew S. Dupre (DE ID # 4621)<br>Daniel M. Silver (DE ID # 4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>(302) 984-6399 (fax)<br>*dsilver@mccarter.com*<br>*Counsel for Plaintiffs* | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>*Counsel for Defendants*<br><br>Dated: October 12, 2010 |

2

MEI 10723687v.1

SO ORDERED this 13th day of October, 2010,

_____
The Honorable Karen M. Williams
United States District Court Magistrate Judge