# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEATTLE CHILDREN'S HOSPITAL, NOVARTIS AG, NOVARTIS VACCINES AND DIAGNOSTICS, INC., and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PARENTERAL MEDICINES, INC., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | Civil Action No.: 09-949-NLH-KW |

## STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES

WHEREAS, on March 31, 2010, the Court conducted a Rule 16 Scheduling Conference, and established dates for, *inter alia*, exchanging preliminary proposed constructions for claims and extrinsic evidence related thereto and motions to amend the pleadings and/or add parties (D.I. 24);

WHEREAS, on October 14, 2010, the Court extended the time for the parties to complete various case deadlines, including the deadline for the parties to exchange preliminary proposed constructions for claims and extrinsic evidence related thereto and the deadline for the parties to file motions to amend the pleadings and/or add parties (D.I. 41);

WHEREAS, in light of counsel's schedules during the upcoming holidays and to allow appropriate time to review a recent document production, the parties believe it appropriate to extend certain deadlines (as set forth below);

WHEREAS, the parties intend to file the joint claim chart on January 14, 2011 (D.I. 41);

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for the parties to exchange preliminary proposed constructions for claims and extrinsic evidence related thereto is extended through and including January 7, 2011 (from December 17, 2010) and the deadline for the parties to file motions to amend the pleadings and/or add parties is extended through and including February 7, 2011 (from January 7, 2011).

| MCCARTER & ENGLISH, LLP | PHILLIPS, GOLDMAN & SPENCE P.A. |
|---|---|
| /s/Daniel M. Silver<br>Michael P. Kelly (DE ID # 2295)<br>Andrew S. Dupre (DE ID # 4621)<br>Daniel M. Silver (DE ID # 4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>(302) 984-6399 (fax)<br>dsilver@mccarter.com<br>*Counsel for Plaintiffs* | /s/Megan C. Haney<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>*Counsel for Defendants* |

Dated: December 16, 2010

SO ORDERED this _____ day of _____ 2010,

_____
The Honorable Karen M. Williams
United States District Court Magistrate Judge

2